IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHRISTY LOU DAWSON                                                                                    PLAINTIFF

vs.                                        Civil No. 4:10-cv-04178

MICHAEL J. ASTRUE                                                                                    DEFENDANT
Commissioner, Social Security Administration

**J U D G M E N T**

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**ENTERED this 21st day of December, 2011.**

                                                               s/  Barry A. Bryant
                                                               HON. BARRY A. BRYANT
                                                               U. S. MAGISTRATE JUDGE